427 A.2d 1185

Commonwealth v. Smith, W., Appellant.

Submitted April 12, 1979. David J. Graban, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.